IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA VAN SCOY, et al., | CASE NO. CV F 08-0648 LJO SMS |
| Plaintiffs, | **ORDER TO TRANSFER ACTION TO COURT'S SACRAMENTO DIVISION** |
| vs. | |
| NEW ALBERTSON'S, INC., et. al, | |
| Defendants. | |

Review of the record reflects that this action was inadvertently filed in this Court's Fresno Division although this Court's Sacramento Division is the proper venue. As such this Court:

1. TRANSFERS this action to this Court's Sacramento Division;
2. DIRECTS the clerk to take necessary action to transfer this action to this Court's Sacramento Division; and
3. VACATES all pending dates, including the October 29, 2008 scheduling conference, before this Court's Fresno Division.

IT IS SO ORDERED.

**Dated:   September 18, 2008**           /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1